**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 24-1127**

———————

BARBARA BEAVER,

          Plaintiff - Appellant,

    v.

PFIZER, INC.,

          Defendant - Appellee.

———————

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Martin K. Reidinger, Chief District Judge.  (1:23-cv-00281-MR)

———————

Submitted:  July 30, 2024                                 Decided:  August 1, 2024

———————

Before NIEMEYER, AGEE, and HEYTENS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Barbara A. Beaver, Appellant Pro Se.  Jason Michael Reefer, PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI LLP, Pittsburgh, Pennsylvania, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Barbara Beaver appeals the district court's order granting Defendant's motion to dismiss with prejudice Beaver's complaint for failure to state a claim. Confining our review to the issues raised in the informal brief, *see* 4th Cir. R. 34(b), we have reviewed the record and find no reversible error.[*] Accordingly, we affirm the district court's order. *Beaver v. Pfizer, Inc.*, No. 1:23-cv-00281-MR (W.D.N.C. Jan. 22, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] To the extent Beaver alleges that the district court was prejudiced against her, we find no evidence of judicial bias. *See United States v. Lentz*, 524 F.3d 501, 530 (4th Cir. 2008) (describing required showing for judicial bias claim and recognizing that "judicial rulings alone almost never constitute a valid basis for a bias or partiality motion" (internal quotation marks omitted)).